UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN VANCE JONES,<br><br>    Defendant. | CASE NO. CR10-5794 BHS<br><br>ORDER |

This matter is before the Court on Defendant Bryan Jones's Motion for Early Termination of Supervised Release. Dkt. 74. The United States Probation Office filed a response to his motion asserting that "Mr. Jones has performed well during his most recent term of supervised release and is deserving of our commendation," but it ultimately does not recommend early termination due to the nature of his offense and the fact that he reoffended during a previous term of supervision. *Id*. The Government does not oppose early termination, but instead defers to the Court as to whether it should grant Jones's motion. Dkt. 75.

The Court finds that early termination of Jones's supervised release is appropriate at this time. He successfully completed six of the eight years of supervised release

ORDER - 1

without violating any conditions. Part of the calculous in choosing the length of a sentence for imprisonment and supervised release is public safety. The Court is satisfied that terminating Jones's supervision will no longer compromise public safety. The Probation Office advises that Jones "scores as a Low Moderate risk to reoffend on the Post-Conviction Risk Assessment." Dkt. 76 at 2. It observes that Jones successfully completed sex offender treatment and has not engaged in any known risky behaviors since 2017. *Id*. The Government's lack of opposition also weighs in favor of early termination of supervision. The Court recognizes that complete compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and that the possibility of early termination provides incentive to defendants to do well on supervision. Here, Jones's prolonged compliance in conjunction with the observations of his progress from the Probation Office and lack of opposition from the Government warrant early termination of supervised release.

Accordingly, it is hereby **ORDERED** that the Motion for Early Termination of Supervised Release, Dkt. 74, is **GRANTED**.

Dated this 14th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge